| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JUDY LAMB, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:24-CV-6 |
| § | |
| WAL-MART STORES TEXAS LLC, § | |
| WAL-MART STORES INC, and § | |
| WAL-MART INC, § | |
| § | |
| Defendants. § | |

## ACKNOWLEDGMENT OF DISMISSAL

The parties have filed a Stipulation of Dismissal (#19) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the court acknowledges that this action is dismissed in its entirety, with prejudice, effective the date of the parties' joint stipulation. The court retains, with the consent of the parties, jurisdiction to enforce the parties' settlement agreement. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 17th day of October, 2024.

*[signature: Marcia A. Crone]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE